# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ELLIOT E. VALENTIN,

                Plaintiff,

                                      Case No.:

vs.

CASTILLO PAINT & COLLISION
SHOP, INC.,

                Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331 and 1441, Defendant, Castillo Paint & Collision Shop, Inc. ("Castillo Paint"), hereby removes this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division, on the following grounds:

## The State Court Action

1.      On March 15, 2016, Plaintiff, Elliot E. Valentin ("Valentin"), filed an action against Castillo Paint in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division, entitled Elliot E. Valentin v. Castillo Paint & Collision Shop, Inc., Case No. 16-CA-002475 ("Complaint").

2.      Castillo Paint was served with a copy of the Complaint and Summons on or about March 25, 2016.

5.      The Complaint alleges claims against Castillo Paint for violations of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*.

6.      This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b) and Rule 6 of the Federal Rules of Civil Procedure. Castillo Paint was originally served with a copy of the Complaint no more than thirty (30) days before the filing of this Notice of Removal.

7.      In accordance with 28 U.S.C. §1446(a) and Local Rule 4.02, copies of pleadings, process, orders and other papers on file in the state court are attached and incorporated herein as **Exhibit "A."**

## Federal Question Jurisdiction Pursuant to 29 U.S.C. §201

8.      This is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and which may be removed by Castillo Paint pursuant to 28 U.S.C. §1441. Section 1331 provides that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  Any such action may be removed to the district court if it is originally filed in a state court:

> Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. §1441(a).  Removal on "federal question" grounds is proper even if the parties are not of diverse citizenship, and without regard to the amount in controversy.  28 U.S.C. §1441(b).

9.     This action arises under the laws of the United States in that Plaintiff's claims are brought pursuant to 29 U.S.C. §201.  Therefore, removal is proper pursuant to 28 U.S.C. §1441(a).

## Conclusion

Plaintiff's Complaint raises questions of federal law.   Therefore, this Court has original jurisdiction pursuant to 28 U.S.C. §1331.   Castillo Paint, therefore, respectfully requests that this Court exercise its removal jurisdiction over Plaintiff's Complaint.

**WHEREFORE,** this case is hereby removed to the United States District Court for the Middle District of Florida.

SHUMAKER, LOOP & KENDRICK, LLP

By: /s/ Seth P. Traub
    W. JAN PIETRUSZKA, ESQ.
    Florida Bar No. 0188794
    jpietruszka@slk-law.com
    SETH P. TRAUB, ESQ.
    Florida Bar No. 022088
    straub@slk-law.com
    101 East Kennedy Blvd., Suite 2800
    Tampa, Florida 33602
    Telephone: 813.229-7600
    Facsimile: 813.229.1660
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 21, 2016, a true and correct copy of the foregoing has been served by email (csaba@wlfclaw.com) and U.S. Mail on Christopher J. Saba, Esq., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602.

/s/ Seth P. Traub
ATTORNEY