UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLIOT E. VALENTIN,

    Plaintiff,

v.                                           CASE NO. 8:16-cv-967-T-23TGW

CASTILLO PAINT
& COLLISION SHOP, INC.,

    Defendant.
_____/

**ORDER**

Plaintiff Elliot Valentin sues (Doc. 2) Castillo Paint & Collision under the Fair Labor Standards Act for failing to pay overtime and under Florida common law for failing to pay wages. On July 5, 2016, the clerk entered a default against Castillo. An August 5, 2016 order (Doc. 23) refers to Magistrate Judge Wilson the plaintiff's motion (Doc. 22) for entry of a default judgment.

Magistrate Judge Wilson recommends (Doc. 28) entry of a default judgment. Because the report and recommendation appears sound and because Castillo fails to object, the report and recommendation (Doc. 28) is **ADOPTED**. The plaintiff's motion (Doc. 22) for entry of a default judgment is **GRANTED**.

The clerk is directed (1) to enter a default judgment for Elliot E. Valentin and against Castillo Paint & Collision Shop, Inc., in the amount of $19,507.48 plus post-judgment interest and (2) to close the case.

ORDERED in Tampa, Florida, on November 18, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE